UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JERMELL LATROY BATIE,

        Plaintiff,

Case No. 1:23-cv-985

v.

Honorable Ray Kent

HEIDI E. WASHINGTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated:   October 18, 2023                        /s/ Ray Kent
                                                              Ray Kent
                                                               United States Magistrate Judge